UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT WOODS and HOLLY JOHNSON, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:20-cv-11351-TLL-PTM ) |
| vs. | ) ) |
| MIDLAND COUNTY, GLADWIN COUNTY, FOUR LAKES TASK FORCE, a non-profit corporation acting as agent and delegated authority of the Counties, FOUR LAKES OPERATIONS COMPANY, INC., a Michigan for-profit corporation, BOYCE HYDRO, LLC, a Michigan limited liability company, BOYCE HYDRO POWER, LLC, a Michigan limited liability company, BOYCE MICHIGAN, LLC, a Michigan limited liability company, EDENVILLE HYDRO PROPERTY, LLC, a domestic limited liability company, and LEE W. MUELLER, an individual citizen of Nevada, | ) ) ) Hon. Thomas L. Ludington ) ) Mag. Judge Patricia T. Morris ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**LIDDLE & DUBIN, P.C.**
STEVEN D. LIDDLE (P45110)
DAVID R. DUBIN (P52521)
MATTHEW Z. ROBB (P81665)
*Attorneys for Plaintiffs*
975 E. Jefferson Ave.
Detroit, Michigan 48207
(313) 392-0015
SLiddle@LDClassAction.com
DDubin@LDClassAction.com
MRobb@LDClassAction.com

**ORDER DISMISSING ACTION PURSUANT TO FED. R. CIV. P. 41(a)(2)**

1

This matter having come before the Court at Plaintiffs' request, the Court states as follows.

**WHEREFORE**, Plaintiffs Robert Woods and Holly Johnson, on behalf of themselves and all others similarly situated, have requested dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

**NOW THEREFORE**:

**IT IS HEREBY ORDERED**, that this action is dismissed without prejudice, and without costs assessed to either of the remaining parties, pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**


Dated: July 26, 2021

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge


Form submitted by:

*/s/ Matthew Z. Robb*
**LIDDLE & DUBIN, P.C.**
STEVEN D. LIDDLE
DAVID R. DUBIN
MATTHEW Z. ROBB
*Attorneys for Plaintiffs*
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101


Dated: July 21, 2021